

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARK ALAN BLAIR, | § | No. 08-19-00304-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| RITA GAIL BLAIR, | § | of Reagan County, Texas |
| Appellee. | § | (TC# 1870) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's motion to clarify the deadline for filing the brief which has been construed as a motion for extension of time within which to file the brief until **March 5, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rebecca Davis, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 5, 2021.

IT IS SO ORDERED this 12th day of February, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.